**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-00420-KLM-WJM

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

GREEN SOLUTIONS, LLC,

Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(I)**

Plaintiff, by and through his respective attorneys, hereby stipulates and agrees pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) to a dismissal, with prejudice, with each party to pay its own costs and attorney fees of this lawsuit. To date, Defendant has neither served an answer or a motion for summary judgment. By the filing of this Stipulation the above civil action is deemed resolved and the case  closed.

-2-

Respectfully submitted this 27th day of August 2020.

                                                <u>/s/ Ari Hillel Marcus</u>
                                                Ari Hillel Marcus
                                                Marcus & Zelman, LLC
                                                701 Cookman Avenue
                                                Suite 300
                                                Asbury Park, NJ 07712
                                                ari@marcuszelman.com
                                                ATTORNEY FOR PLAINTIFF

-3-

## CERTIFICATE OF SERVICE

  I hereby certify that on this 10th day of August, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Alice Conway Powers
alice.powers@lewisbrisbois.com

                 <u>/s/ Ari H. Marcus</u>